UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 5:23-cr-00055-GFVT-EBA-1 |
| ) | |
| v. ) | **ORDER** |
| ) | |
| GARNELL A. EDWARDS, ) | |
| ) | |
| Defendant. ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court on the Recommended Disposition to a Reported Violation of Supervised Release filed by United States Magistrate Judge Edward B. Atkins. [R. 11]. The Recommendation instructed the parties to file any specific written objections within fourteen days after being served with the decision, or else waive the right to further review. *Id.* at 5. The Defendant filed a Waiver of Allocution. [R. 6].

Upon review, the Court is satisfied that Defendant Edwards knowingly and competently stipulated to the charged violations and that an adequate factual basis supports the stipulation as to each essential element of the violation charged. Accordingly, the Court hereby **ORDERS** as follows:

1. Judge Atkins' Recommended Disposition [R. 11] is **ADOPTED** as and for the Opinion of the Court.

2. Defendant Edwards is **ADJUDGED** guilty of Violations 1, 2, and 3.

3. Edward's supervision will not be revoked, but he shall be transported by the United States Marshal directly to participate in an inpatient treatment program offered by the Veterans Administration, to be approved by the Defendant's supervising probation officer, where he will be required to participate in a program of substance abuse therapy and counselling offered by the Veterans Administration. This program of counselling and treatment should be approved in advance by the supervising United States Probation Office, who shall report to

the Court should Edwards fail to comply with this requirement in any way. Further, Edwards should continue on his unexpired period of supervision as imposed by the Court. Edwards is cautioned that any further failures to comply with conditions of supervision will not be viewed favorably by the Court.

This 25th day of February 2026.

Gregory F. Van Tatenhove
United States District Judge